## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>**v.**<br><br>Amerihelp, LLC et al<br><br><br>**Defendant** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 4:18-cv-00878 | **FILED**<br><br>MAR 18 2019<br><br>Clerk, U.S. District Court<br>Texas Eastern |

### Plaintiff's Notice of Settlement

1. The parties have resolved the case and are currently circulating documents in order to finalize the resolution of the case. The Plaintiff anticipates this should be complete in the next 10 days and should be able to file the dismissal paperwork in the next 30 days.

Craig Cunningham
Plaintiff,                                    3/15/2019

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>**v.**<br><br>Amerihelp, LLC et al<br><br><br>**Defendant** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 4:18-cv-00878 |

### Plaintiff' certificate of Service

I hereby certify a copy of the foregoing was mailed to the defendants in case.

Craig Cunningham
Plaintiff,                      3/15/2019

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075