UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS


FILED
MAR 27 2019
Clerk, U.S. District Court
Texas Eastern

| CRAIG CUNNINGHAM, <br> Plaintiff, <br><br> v. <br><br> Amerihelp, LLC et al <br><br> Defendant | § § § § § § § § § § § | 4:18-cv-00878 |
|---|---|---|

**Plaintiff's Motion to Dismiss Defendants Amerihelp, LLC, G. Kenwood Gaines, R&A Investment Corp., and East Coast Center, LLC and Motion for 5 subpoenas**

1. The Plaintiff has resolved his claims with the above named defendants and requests the be dismissed from the case with prejudice. The Plaintiff has identified additional parties, but requires subpoenas from the court to positively identify the other parties that placed calls in this case and therefore requests the court issue the Plaintiff 5 subpoenas.

Craig Cunningham
Plaintiff,   3/27/2019

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

```
```
Case 4:18-cv-00878-ALM-CAN Document 14 Filed 03/27/19 Page 2 of 2 PageID #: 39

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM, Plaintiff, | § § § | |
|---|---|---|
| v. | § § | 4:18-cv-00878 |
| Amerihelp, LLC et al | § § § | |
| Defendant | § § | |

**Plaintiff' certificate of Service**

I hereby certify a copy of the foregoing was mailed to the defendants in case.

*Craig Cunningham*
Plaintiff,          3/27/2019

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075