# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:18-CV-878 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| AMERI HELP, LLC, ET AL. § | |

## ORDER OF DISMISSAL

Came on for consideration Plaintiff's "Motion to Dismiss Defendants Amerihelp, LLC, G. Kenwood Gaines, R&A Investment Corp., and East Coast Center, LLC and Motion for 5 subpoenas" ("Motion") (Dkt. #14) filed in this cause by Plaintiff Craig Cunningham. The Court, having considered the Motion, determines that the Motion should be **GRANTED IN PART AND DENIED IN PART**.

It is therefore, **ORDERED, ADJUDGED and DECREED** that Plaintiff's Motion to Dismiss Defendants Amerihelp, LLC, G. Kenwood Gaines, R&A Investment Corp., and East Coast Center, LLC with prejudice is **GRANTED**. The entirety of Plaintiff's claims against these Defendants are **DISMISSED WITH PREJUDICE** to the re-filing of same. It is further,

**ORDERED, ADJUDGED, and DECREED** that Plaintiff's request to issue subpoenas be **DENIED**. Should Plaintiff desire to pursue a new case against other defendants, he is directed to file a new action.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 30th day of March, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE